1358 WAYNE COUNTY SAVINGS BANK vs. SUPERVISOR (Nester), 14437½.

To compel respondent to levy on the taxable property of a given school district for the year 1894, a sufficient sum to pay the interest due upon certain bonds issued by said school district.

Order to show cause denied October 30, 1894, on the ground that the application should be made to the Circuit Court.


1359 BOARD OF EDUCATION (Detroit) vs. COMMON COUNCIL, 80 M., 548.

To compel respondent to levy a certain sum for free text books. Denied May 9, 1890.

Held, that the inclusion by the board of education in its annual estimate of a sum for free text books, in the absence of authority from a majority of the qualified electors, as provided by Section 6, Act No. 147, Laws of 1889, is absolutely void, and the writ will not be issued to aid in the enforcement of an illegal claim.


1360 TINSMAN (County Drain Comr.) vs. BOARD OF SUPERVIS-ORS (Monroe), No. 12511, 90 M., 382.

To compel the spreading of certain drain taxes. Denied March 3, 1892, without costs.